HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

FILED

APR 26 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00286 LJO |
|---|---|
| Plaintiff, | ) **APPLICATION AND [PROPOSED]** |
| vs. | ) **ORDER APPOINTING COUNSEL** |
| KAREN FAYE LAWSON, | ) |
| Defendant. | ) |

Defendant, Karen Faye Lawson, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for the purpose of seeking early termination of her supervised release.

On January 12, 2017, in the SD/CA, San Diego, Ms. Lawson was charged by Information with 8 U.S.C. §§ 1324(a)(1)(A)(ii), (v) (II) & (a)(1)(B)(i) ~ Transportation of Certain Aliens for Financial Gain and Aiding and Abetting. On February 2, 2017, Ms. Lawson pled guilty. On April 10, 2017, Ms. Lawson was sentenced to 12 months and one day followed by three years of supervised release. On December 11, 2017, Transfer of Jurisdiction was received in this district from the SD/CA.

///

//

/

Ms. Lawson is requesting appointment of counsel, and her Financial Affidavit is submitted for the court's consideration.

Dated: April 26, 2019

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: April 26, 2019

_____
HON. BARBARA A. McAULIFFE
United States Magistrate Judge